# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **SKARLETH NAHOMY ORDONEZ-SANCHEZ,**<br><br>***Petitioner*,**<br><br>**v.**<br><br>**DEPARTMENT OF HOMELAND SECURITY,**<br><br>***Respondent*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 3:26-2V-01630-LS** |

## <u>FINAL JUDGMENT</u>

Consistent with its order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case. **THE CLERK SHALL CLOSE THIS CASE**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 22, 2026.



**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**